LENTHERIC, INCORPORATED, Respondent, *v.* W. T. GRANT COMPANY, Appellant.

Argued January 19, 1940; decided February 27, 1940.

*Eugene M. Foley, Adolph Bloch* and *Henry Bloch* for appellant.

*Martin A. Schenck, William J. Carr* and *Joseph F. Murray* for F. W. Woolworth Co. et al., *amici curiæ.*

*Bruce Bromley, William D. Whitney* and *Benjamin R. Shute* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.